IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE COEUR D'ALENE TRIBE )<br>850 "A" Street )<br>Plummer, ID 83851 )<br> )<br>    Plaintiff, )<br> )<br>  v. )<br> )<br>DIRK A. KEMPTHORNE, )<br>SECRETARY OF THE INTERIOR )<br>U.S. Department of the Interior )<br>1849 C Street N.W. )<br>Washington, D.C. 20240 )<br> )<br>HENRY M. PAULSON, JR., )<br>SECRETARY OF THE TREASURY )<br>U.S. Department of the Treasury )<br>1500 Pennsylvania Avenue, N.W. )<br>Washington, D.C. 20220 )<br> )<br>    Defendants. )<br>_____ ) | Civil Action No. 06-____( ) |

## CERTIFICATE PURSUANT TO LCvR 7.1

I, the undersigned, counsel of record for Plaintiff the Coeur d'Alene Tribe, certify that to the best of my knowledge and belief, Plaintiff is not a for profit corporation and does not have any outstanding securities in the hands of the public. These representations are made in order that the judges of this Court may determine the need for recusal.

Respectfully submitted,

*[signature: Allen V. Farber]*

---
Allen V. Farber (D.C. Bar No. 912865)
Brian L. Gunn (D.C. Bar No. 465438)
GARDNER, CARTON & DOUGLAS
1301 K Street, N.W., Suite 900, East Tower
Washington, DC 20005-3317
Telephone: (202) 230-5000
Facsimile: (202) 230-5372

Eric Van Orden (*pro hac vice* pending)
Office of Legal Counsel
Coeur d'Alene Tribe
P.O. Box 408
850 A Street
Plummer, ID 83851
Telephone: (208) 686-0400
Facsimile: (509) 686-9102

COUNSEL FOR PLAINTIFF

DC01/ 517495.1

2