IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE COEUR D'ALENE TRIBE<br>850 "A" Street<br>Plummer, ID 83851<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DIRK A. KEMPTHORNE,<br>SECRETARY OF THE INTERIOR<br>U.S. Department of the Interior<br>1849 C Street N.W.<br>Washington, D.C. 20240<br><br>HENRY M. PAULSON, JR.,<br>SECRETARY OF THE TREASURY<br>U.S. Department of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Civil Action No. 06-____( ) |

## MOTION FOR ADMISSION OF ERIC VAN ORDEN *PRO HAC VICE*

I, Allen V. Farber, a member in good standing of this Court, respectfully move, pursuant to LCvR 82.3(d), for the admission of Eric Van Orden *pro hac vice* in the above matter for the purpose of allowing Mr. Van Orden to participate as co-counsel in the proceedings before this Court in this case. A Declaration of Eric Van Orden is submitted herewith in support of this Motion.

**WHEREFORE**, movant respectfully requests that the Court grant its motion.

>Respectfully submitted,
>
>_____
>Allen V. Farber (D.C. Bar No. 912865)
>Brian L. Gunn (D.C. Bar No. 465438)
>GARDNER, CARTON & DOUGLAS
>1301 K Street, N.W., Suite 900, East Tower
>Washington, DC 20005-3317
>Telephone: (202) 230-5000
>Facsimile: (202) 230-5372
>
>COUNSEL FOR PLAINTIFF

DC01/ 517496.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE COEUR D'ALENE TRIBE )<br>850 "A" Street )<br>Plummer, ID 83851 )<br>        )<br>    Plaintiff, )<br>        )<br>  v. )<br>        )<br>DIRK KEMPTHORNE )<br>SECRETARY OF THE INTERIOR )<br>U.S. Department of the Interior )<br>1849 C Street N.W. )<br>Washington, D.C. 20240 )<br>        )<br>HENRY M. PAULSON, JR., )<br>SECRETARY OF THE TREASURY )<br>U.S. Department of the Treasury )<br>1500 Pennsylvania Avenue, N.W. )<br>Washington, D.C. 20220 )<br>        )<br>    Defendants. )<br>_____) | Civil Action No. 06-____( ) |

### DECLARATION OF ERIC VAN ORDEN IN SUPPORT OF PLAINTIFF'S MOTION FOR ADMISSION OF ERIC R. VAN ORDEN *PRO HAC VICE*

I, Eric R. Van Orden, declare:

1. My full name is Eric Richard Van Orden.

2. I am the Managing Attorney of the Office of Legal Counsel of the Coeur d'Alene Tribe ("Tribe"), the Plaintiff in this action. The Office of Legal Counsel serves as the Tribe's in-house counsel on all legal matters affecting the Tribe. In my capacity as Managing Attorney, I supervise all other in-house attorneys employed by the Tribe and all legal matters affecting the Tribe.

3. My office address is: The Coeur d'Alene Tribe, Office of Legal Counsel, 850 A Street, Plummer, ID 83851. My office telephone number is (208) 686-0400.

4. I am duly admitted to practice before the following courts: (a) the Supreme Court of Idaho (admitted to practice in all courts in the state of Idaho), (b) the Supreme Court of the state of Washington (admitted to practice in all courts in the state of Washington): and (c) the U.S. District Court for the District of Idaho.

5. I am, and have been since first admitted, a member in good standing of all the courts referenced in the preceding paragraph and have not been suspended or disbarred by any court.

6. I have not been admitted *pro hac vice* in this Court within the last two years.

7. I do not engage in the practice of law from an office in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 22, 2006

_____
Eric R. Van Orden

DC01/ 496424.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE COEUR D'ALENE TRIBE )<br>850 "A" Street )<br>Plummer, ID 83851 )<br>     )<br>     Plaintiff, )<br>     )<br>v.   )<br>     )<br>DIRK A. KEMPTHORNE, )<br>SECRETARY OF THE INTERIOR )<br>U.S. Department of the Interior )<br>1849 C Street N.W. )<br>Washington, D.C. 20240 )<br>     )<br>HENRY M. PAULSON, JR., )<br>SECRETARY OF THE TREASURY )<br>U.S. Department of the Treasury )<br>1500 Pennsylvania Avenue, N.W. )<br>Washington, D.C. 20220 )<br>     )<br>     Defendants. )<br>_____) | Civil Action No. 06-____( ) |

## ORDER

Upon consideration of Plaintiff's Motion for Admission of Eric Van Orden *pro hac vice*, and after argument thereon, and notice having been given to Defendants Dirk A. Kempthorne and Henry M. Paulson, Jr., it is, accordingly, by this Court on this _____ day of _____, 2006:

**ORDERED** that Plaintiff's Motion for Admission of Eric Van Orden *pro hac vice* be, and hereby is, granted.

_____
JUDGE

Dated: _____

Time: _____

**Copies to:**

Allen V. Farber (D.C. Bar No. 912865)
Brian L. Gunn (D.C. Bar No. 465438)
GARDNER, CARTON & DOUGLAS
1301 K Street, N.W.
Suite 900, East Tower
Washington, DC 20005-3317
Telephone: (202) 230-5000
Facsimile: (202) 230-5372

Eric R. Van Orden
Office of Legal Counsel
Coeur d'Alene Tribe
P.O. Box 408
850 A Street
Plummer, ID 83851
Telephone: (208) 686-0400
Facsimile: (509) 686-9102

<u>COUNSEL FOR PLAINTIFFS</u>

Jeffrey A. Taylor
U.S. Attorney for the District of Columbia
555 4th Street, NW
Washington, DC 20530

Alberto R. Gonzales
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

<u>COUNSEL FOR DEFENDANTS</u>

2