**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE COEUR D'ALENE TRIBE, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 06-2242 (JR) |
| : | |
| DIREK A. KEMPTHORNE, Secretary : | |
| of the Interior, *et al.*, : | |
| : | |
| Defendants. : | |

**ORDER**

Upon consideration of plaintiff's motion for the *pro hac vice* appearance of Eric R. Van Orden [4], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.

```
                              JAMES ROBERTSON
                        United States District Judge
```