IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| COEUR D'ALENE TRIBE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06cv02242-JR |
| | ) | |
| DIRK KEMPTHORNE, | ) | |
| Secretary of the Interior, <u>et</u> <u>al.</u>, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME WITHIN WHICH TO FILE ANSWER
OR OTHERWISE RESPOND TO COMPLAINT,
<u>SUPPORTING EXHIBIT, AND [PROPOSED] ORDER</u>**

Pursuant to Federal Rule of Civil Procedure (Fed. R. Civ. P.) 6(b) and Local Civil Rule 7, Defendants hereby respectfully make this unopposed motion for an enlargement of time, to and including June 11, 2007, within which to file the Answer or otherwise respond to the Complaint. This unopposed motion is Defendants' first such motion. The grounds for the motion are as follows:

1.  Plaintiff filed this case on December 29, 2006. <u>See</u> Complaint, Doc. 1. Also on December 29, Plaintiff filed a companion case in the United States Court of Federal Claims (CFC), <u>Coeur d'Alene Tribe v. United States</u>, No. 1:06-cv-00940-EJD (Fed. Cl.). Plaintiff makes allegations in both cases about the trust accounting and other trust duties and responsibilities allegedly owed by Defendants to Plaintiff.

2.  Based on the date of service under Fed. R. Civ. P. 4, the deadline for Defendants to file their Answers or otherwise respond to the Complaint pursuant to Fed. R. Civ. P. 12 is currently March 12, 2007.

3.  Since the filing of Plaintiff's cases, undersigned counsel for Defendants has conferred

by telephone and e-mail with Brian Gunn, counsel for Plaintiff in this case, and John Racin, counsel for Plaintiff in the CFC companion case, <u>Coeur d'Alene Tribe</u>, No. 1:06-cv-00940-EJD, about the cases. Among other things, they have discussed and agreed that

      a.      The parties would like to explore the possibility of settling Plaintiff's issues and claims in the two cases that Plaintiff has filed;

      b.      The outcome of an administrative accounting process currently under way between the Inter-Tribal Monitoring Association (ITMA) and the Office of Historical Trust Accounting (OHTA) of the United States Department of the Interior (in which process Plaintiff and other Tribes are participating) might affect the issues and claims in this case and in the companion case;

      c.      The parties would seek an enlargement of time in this case, so that Defendants could have sufficient time to prepare and file its Answer or response to the Complaint, and

      d.      Thereafter, the parties would discuss in greater detail the possibility of seeking jointly a temporary stay of the litigation of this case, so that the ITMA-OHTA administrative accounting process could be completed and the parties could be informed and guided by the outcome of that process, among other factors, in their determination about whether and how to proceed in this case and the companion case.

4.      Among other things, undersigned Defendants' counsel has informed Plaintiff's counsel that there are presently about 103 Tribal trust accounting and trust mismanagement lawsuits pending in this Court,[1] in the CFC,[2] and in the United States District Courts in Oklahoma.[3]  <u>See</u>

---

[1]      There are currently 37 Tribal trust cases, including the instant case, in this Court.  <u>See</u> Exhibit (Exh.) 1. Most of the Tribes bringing these lawsuits (like Plaintiff) have also filed
(continued...)

Exh. 1.  Given the number of cases and the significant potential for overburdening already limited resources, Defendants believe that it would be sensible for Defendants to work cooperatively with the Tribes in litigation (including Plaintiff) and formulate and execute an appropriate joint and cooperative response to or method for handling or resolving the cases without the need for litigation, if possible.  One example of a joint and cooperative response or method would be the ITMA-OHTA administrative account process described above.

5. To that end, Defendants have been and continue to be working diligently with the Tribes currently in litigation (including Plaintiff) and their counsel, to determine the feasibility of developing a joint, cooperative approach for resolving the Tribes' issues and claims, as an alternative to litigation.

6. In this case and in the CFC companion case, Plaintiff and Defendants have agreed that, at a minimum, they would await the outcome of the ITMA-OHTA administrative accounting process, so that they could consider that factor, among others, in their determination about whether and how to proceed with the cases.  The ITMA-OHTA accounting process will require some time for completion.  Accordingly, Defendants are making this unopposed motion for enlargement of time, to and including June 11, 2007, within which to file their Answer or otherwise respond to the Complaint.

---

[1/](...continued)
companion cases in the CFC.  Id.

[2/]     There are currently 57 Tribal trust cases, including Plaintiff's companion case, in the CFC.  See Exh. 1.

[3/]     There are currently nine Tribal trust cases in the United States District Courts in Oklahoma.  Exh. 1.  Most of the Tribes bringing these lawsuits have also filed companion cases in the CFC.  Id.

7.  Defendants have been and continue to be working diligently on the preparation of the draft Answer or response to the Complaint herein.  Defendants need the additional time, however, because, in addition to this case and the CFC companion case, Defendants have been and continue to be working on and responding to the demands of the other 101 Tribal trust cases. Exh. 1.  After Defendants complete the preparation of their responsive pleading in this case, Defendants need to submit the document for review and comment by the appropriate officials and personnel at the Departments of Justice, the Interior, and the Treasury; incorporate or address any comments; and finalize and file the document.

8.  On the one hand, the granting of this unopposed motion would serve the public interest by promoting judicial economy and conserving the parties' limited resources.  Further, it would not cause any undue prejudice or harm to the rights and interests of the parties herein.  On the other hand, the denial of the unopposed motion would unduly interfere with Defendants' ability to complete and file a fully adequate Answer or response to the Complaint.  It would also hamper Defendants' ability to confer and work with Plaintiff, as well as with other Tribes in other Tribal trust accounting and trust mismanagement lawsuits, to devise possibly an efficient, cost-effective, and resource-conserving way for addressing and handling the 103 cases (or some portion of those cases) that have been filed by Plaintiff and other Tribes in this Court, the United States District Courts in Oklahoma, and the CFC.

WHEREFORE, Defendants respectfully request that their motion for temporary stay of litigation be GRANTED.

Respectfully submitted this 8th day of March, 2007,

         MATTHEW McKEOWN
         Acting Assistant Attorney General

         */s/ Anthony P. Hoang*
         ANTHONY P. HOANG, FL Bar #798193
         MARTIN J. LALONDE, IL Bar #6218249
         E. KENNETH STEGEBY, D.C. Bar #474127
         United States Department of Justice
         Environment and Natural Resources Division
         P.O. Box 663
         Washington, D.C.  20044-0663
         Tel: (202) 305-0241
         Tel: (202) 305-0247
         Tel: (202) 616-4119
         Fax: (202) 353-2021

         Attorneys for Defendants

         OF COUNSEL:

         KENNETH DALTON
         Office of the Solicitor
         United States Department of the Interior
         Washington, D.C.  20240

         TERESA E. DAWSON
         Office of the Chief Counsel
         Financial Management Service
         United States Department of the Treasury
         Washington, D.C.  20227

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT, [PROPOSED] ORDER, and EXHIBIT 1 was served on March 8, 2007, by Electronic Case Filing or by regular United States mail, first-class postage pre-paid, and by electronic mail or telefax, unless otherwise noted below, on the following counsel:

    Allen Vern Farber
    Brian L. Gunn
    DRINKER BIDDLE & REATH, LLP
    1301 K Street, N.W.
    Suite 900, East Tower
    Washington, DC 20005-3317
    Fax: (202) 230-5354

    Eric Van Orden
    Office of Legal Counsel
    Coeur d'Alene Tribe
    P.O. Box 408
    850 A Street
    Plummer, ID  83851
    Fax: (208) 686-9102

                                            */s/ Anthony P. Hoang*
                                            ANTHONY P. HOANG

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COEUR D'ALENE TRIBE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 06cv02242-JR ) |
| DIRK KEMPTHORNE,<br>Secretary of the Interior, et al., | ) ) ) ) |
| Defendants. | ) ) |

**[PROPOSED] ORDER**

This matter is before the Court on Defendants' unopposed motion for enlargement of time within which file the Answer or otherwise respond to the Complaint. Upon consideration of the unopposed motion and for good cause shown, it is hereby ordered that

1.  The unopposed motion should be and hereby is GRANTED;

2.  Defendants shall have to and including June 11, 2007, to file their Answer or otherwise respond to the Complaint.

SO ORDERED.

Date: _____    _____
HON. JAMES ROBERTSON
United States District Court

# EXHIBIT 1

# CURRENT TRIBAL TRUST ACCOUNTING AND TRUST MISMANAGEMENT CASES

## I.

| No. | Names and Civil Docket Numbers of Cases Filed in United States District Court for District of Columbia |
|---|---|
| 1 | *Ak-Chin Indian Community v. Kempthorne*<br>No. 06-cv-02245-JR |
| 2 | *Assiniboine and Sioux Tribes of the Fort Peck Indian Reservation v. Kempthorne*<br>No. 02-cv-00035-JR |
| 3 | *Cheyenne River Sioux Tribe v. Kempthorne*<br>No. 06-cv-01897-JR |
| 4 | *Chippewa Cree Tribe of the Rocky Boy's Reservation v. Kempthorne*<br>No. 02-cv-00276-JR |
| 5 | *Coeur d'Alene Tribe v. Kempthorne*<br>No. 06-cv-02242-JR |
| 6 | *Colorado River Indian Tribes v. Kempthorne*<br>No. 06-cv-02212-JR |
| 7 | *Confederated Tribes of the Colville Reservation v. Kempthorne*<br>No. 05-cv-02471-JR |
| 8 | *Confederated Tribes of the Goshute Reservation v. Kempthorne*<br>No. 06-cv-01902-JR |
| 9 | *Crow Creek Sioux Tribe v. Kempthorne*<br>No. 04-cv-00900-JR |
| 10 | *Eastern Shawnee Tribe of Oklahoma v. Kempthorne*<br>No. 06-cv-02162-JR |
| 11 | *Gila River Indian Community v. Kempthorne*<br>No. 06-cv-02249-JR |
| 12 | *Haudenosaunee, Onondaga Nation v. Kempthorne*<br>No. 06-cv-02254-JR |
| 13 | *Iowa Tribe of Kansas and Nebraska v. Kempthorne*<br>No. 06-cv-01899-JR |

| No. | Names and Civil Docket Numbers of Cases Filed in United States District Court for District of Columbia |
|---|---|
| 14 | *Lower Brule Sioux Tribe v. Kempthorne*<br>No. 05-cv-02495-JR |
| 15 | *Muskogee (Creek) Nation of Oklahoma v. Kempthorne*<br>No. 06-cv-02161-JR |
| 16 | *Nez Perce Tribe, Mescalero Apache Tribe, Tule River Indian Tribe, Hualapai Tribe, Yakama Nation, Klamath Tribes, Yurok Tribes, Cheyenne-Arapaho Tribe, Pawnee Nation of Oklahoma, Sac and Fox Nation, and Santee Sioux Tribe of Nebraska v. Kempthorne*<br>No. 06-cv-02239-JR |
| 17 | *Northern Cheyenne Tribe of Indians v. Kempthorne*<br>No. 06-cv-02250-JR |
| 18 | *Northwestern Band of Shoshone Indians v. Kempthorne*<br>No. 06-cv-02163-JR |
| 19 | *Oglala Sioux Tribe v. Kempthorne*<br>No. 04-cv-01126-JR |
| 20 | *Omaha Tribe of Nebraska v. Kempthorne*<br>No. 04-cv-00901-JR |
| 21 | *Osage Tribe of Indians of Oklahoma v. United States*<br>No. 04-cv-00283-JR |
| 22 | *Passamaquoddy Tribe of Maine v. Kempthorne*<br>No. 06-cv-02240-JR |
| 23 | *Pechanga Band of Luiseno Mission Indians v. Kempthorne*<br>No. 06-cv-02206-JR |
| 24 | *Prairie Band of Potawatomi Nation v. Kempthorne*<br>No. 05-cv-02496-JR |
| 25 | *Red Cliff Band of Lake Superior Indians v. Kempthorne*<br>No. 06-cv-02164-JR |
| 26 | *Rosebud Sioux Tribe v. Kempthorne*<br>No. 05-cv-02492-JR |

| No. | Names and Civil Docket Numbers of Cases Filed in United States District Court for District of Columbia |
|---|---|
| 27 | *Salt River Pima-Maricopa Indian Community v. Kempthorne*<br>No. 06-cv-02241-JR |
| 28 | *Shoshone-Bannock Tribes of the Fort Hall Reservation v. Kempthorne*<br>No. 02-cv-00254-JR |
| 29 | *Sokaogon Chippewa Community v. Kempthorne*<br>No. 06-cv-02247-JR |
| 30 | *Standing Rock Sioux Tribe v. Kempthorne*<br>No. 02-cv-00040-JR |
| 31 | *Stillaguamish Tribe of Indians v. Kempthorne*<br>No. 06-cv-01898-JR |
| 32 | *Te-Moak Tribe of Western Shoshone Indians v. Kempthorne*<br>No. 05-cv-02500-JR |
| 33 | *Three Affiliated Tribes of the Fort Berthold Reservation v. Kempthorne*<br>No. 02-cv-00253-JR |
| 34 | *Tohono O'Odham Nation v. Kempthorne*<br>No. 06-cv-02236-JR |
| 35 | *Winnebago Tribe of Nebraska v. Kempthorne*<br>No. 05-cv-02493-JR |
| 36 | *Wyandot Nation of Kansas v. Kempthorne*<br>No. 05-cv-02491-JR |
| 37 | *Yankton Sioux Tribe v. Kempthorne*<br>No. 03-cv-01603-JR |

II.

| No. | Names and Civil Docket Numbers of Cases Filed In United States District Courts in Oklahoma |
|---|---|
| 1 | *Alabama-Quassarte Tribal Town v. Kempthorne* <br> No. 06-cv-00558-RAW (E.D. Okla.) |
| 2 | *Chickasaw Nation and Choctaw Nation v. Department of the Interior* <br> No. 05-cv-01524-W (W.D. Okla.) |
| 3 | *Kaw Nation v. Kempthorne* <br> No. 06-cv-01437-W (W.D. Okla.) |
| 4 | *Miami Tribe of Oklahoma v. Kempthorne* <br> No. 06-cv-00698-JHP-SAJ (N.D. Okla.) |
| 5 | *Otoe-Missouria Tribe of Oklahoma v. Kempthorne* <br> No. 06-cv-01436-C (W.D. Okla.) |
| 6 | *Ponca Tribe of Indians of Oklahoma v. Kempthorne* <br> No. 06-cv-01439-C (W.D. Okla.) |
| 7 | *Seminole Nation of Oklahoma v. Kempthorne* <br> No. 06-cv-00556-SPS (E.D. Okla.) |
| 8 | *Tonkawa Tribe of Indians v. Kempthorne* <br> No. 06-cv-01435-F (W.D. Okla.) |
| 9 | *United Keetoowah Band of Cherokee Indians in Oklahoma v. United States* <br> No. 06-cv-00559-RAW (E.D. Okla.) |

## III.

| No. | Names and Docket Numbers of Cases Filed In United States Court of Federal Claims |
|---|---|
| 1 | *Ak-Chin Indian Community v. United States*<br>No. 06-cv-00932-ECH |
| 2 | *Blackfeet Tribe of the Blackfeet Indian Reservation v. United States*<br>No. 02-cv-00127-LSM |
| 3 | *Cheyenne River Sioux Tribe v. United States*<br>No. 06-cv-00915-NBF (ADR Judge Marian B. Horn) |
| 4 | *Chippewa Cree Tribe of the Rocky Boy's Reservation; Little Shell Tribe of Chippewa Indians; Turtle Mountain Band of Chippewa Indians; White Earth Band of Chippewa Indians v. United States (Pembina Judgment Fund)*<br>No. 92-cv-00675-ECH |
| 5 | *Coeur d'Alene Tribe v. United States*<br>No. 06-cv-00940-EJD |
| 6 | *Colorado River Indian Tribes v. United States*<br>No. 06-cv-00901-LAS |
| 7 | *Confederated Tribes of the Goshute Reservation v. United States*<br>No. 06-cv-00912-EGB |
| 8 | *Confederated Tribes of the Warm Springs Reservation of Oregon v. United States*<br>No. 02-cv-00126-SGB |
| 9 | *Crow Creek Sioux Tribe v. United States*<br>No. 05-cv-1383L-MCW |
| 10 | *Delaware Tribe of Indians and the Delaware Trust Board v. United States*<br>No. 02-cv-00026-FMA |
| 11 | *Eastern Shawnee Tribe of Oklahoma v. United States*<br>No. 06-cv-00917-CFL |
| 12 | *[Eastern] Shoshone Indian Tribe of the Wind River Reservation, Wyoming v. United States / [Northern] Arapahoe Indian Tribe of the Wind River Reservation, Wyoming v. United States*<br>No. 79-cv-00458-ECH |

| No. | Names and Docket Numbers of Cases Filed In United States Court of Federal Claims |
|---|---|
| 13 | *Eastern Shoshone Tribe v. United States, Northern Arapaho Tribe v. United States* <br> No. 06-cv-00903-ECH |
| 14 | *Gros Ventre Tribe and Assiniboine Tribe v. United States* <br> No. 06-cv-00931-NBF |
| 15 | *Haudenosaunee v. United States* <br> No. 06-cv-00909-TCW |
| 16 | *Hoopa Valley Tribe v. United States* <br> No. 06-cv-00908-LMB (ADR Judge Marian B. Horn) |
| 17 | *Hopi Tribe v. United States* <br> No. 06-cv-00941-CFL |
| 18 | *Iowa Tribe of Kansas and Nebraska v. United States* <br> No. 06-cv-00920-EJD |
| 19 | *Jicarilla Apache Nation v. United States* <br> No. 02-cv-00025-FMA (ADR Judge Eric G. Bruggink) |
| 20 | *Kaw Nation of Oklahoma v. United States* <br> No. 06-cv-00934-FMA |
| 21 | *Lower Brule Sioux Tribe v. United States* <br> No. 06-cv-00922-LB |
| 22 | *Makah Indian Tribe of the Makah Indian Reservation v. United States* <br> No. 06-cv-00889-LJB (ADR Judge Marian B. Horn) |
| 23 | *Miami Tribe of Oklahoma v. United States* <br> No. 06-cv-00939-ECH |
| 24 | *Muscogee (Creek) Nation of Oklahoma v. United States* <br> No. 06-cv-00918-JFM |
| 25 | *Navajo Nation v. United States* <br> No. 06-cv-00945-FMA |
| 26 | *Nez Perce Tribe v. United States* <br> No. 06-cv-00910-CFL |

| No. | Names and Docket Numbers of Cases Filed In United States Court of Federal Claims |
|---|---|
| 27 | *Northwestern Band of Shoshone Indians v. United States* <br> No. 06-cv-00914-LB |
| 28 | *Oglala Sioux Tribe v. United States* <br> No. 05-cv-1378L-RHH |
| 29 | *Omaha Tribe of Nebraska v. United States* <br> No. 06-cv-00911-NBF |
| 30 | *Osage Nation of Oklahoma v. United States* <br> No. 99-cv-00550-ECH (consolidates 00-169) |
| 31 | *Otoe-Missouria Tribe of Indians of Oklahoma v. United States* <br> No. 06-cv-00937-LAS |
| 32 | *Paiute-Shoshone Indians of the Bishop Community of the Bishop Colony, California, v. United States* <br> No. 06-cv-00897-MCW |
| 33 | *Passamaquoddy Tribe v. United States* <br> No. 06-cv-00942-LJB (ADR Judge Marian B. Horn) |
| 34 | *Pawnee Nation of Oklahoma v. United States* <br> No. 07-cv-00002-SGB |
| 35 | *Prairie Band of Potawatomi Indians v. United States* <br> No. 06-cv-00921-LJB (ADR Judge Marian B. Horn) |
| 36 | *Pueblo of Laguna v. United States* <br> No. 02-cv-00024-FMA (ADR Judge Eric G. Bruggink) |
| 37 | *Pueblo of Santa Ana v. United States* <br> No. 06-cv-00892-LAS |
| 38 | *Quechan Tribe of the Fort Yuma Indian Reservation v. United States* <br> No. 06-cv-00888-SGB |
| 39 | *Red Cliff Band of Lake Superior Chippewa Indians v. United States* <br> No. 06-cv-00923-JPW |
| 40 | *Rosebud Sioux Tribe v. United States* <br> No. 06-cv-00924-JFM |

| No. | Names and Docket Numbers of Cases Filed In United States Court of Federal Claims |
|---|---|
| 41 | *Round Valley Indian Tribes v. United States*<br>No. 06-cv-00900-SGB |
| 42 | *Salt River-Pima-Maricopa Tribes v. United States*<br>No. 06-cv-00943-LMB (ADR Judge Marian B. Horn) |
| 43 | *San Manuel Band of Serrano Missions Indians v. United States*<br>No. 06-cv-00893-CCM |
| 44 | *Seminole Nation of Oklahoma v. United States*<br>No. 06-cv-00935-GWM |
| 45 | *Soboba Band of Luiseno Indians v. United States*<br>No. 06-cv-00894-NBF |
| 46 | *Sokaogon Chippewa Community (aka Mole Lake Band of Lake Superior Chippewa Indians) v. United States*<br>No. 06-cv-00930-LJB (ADR Judge Marian B. Horn) |
| 47 | *Stillaguamish Tribe of Indians v. United States*<br>No. 06-cv-00916-NBF (ADR Judge Marian B. Horn) |
| 48 | *Swinomish Indian Tribal Community v. United States*<br>No. 06-cv-00899-FMA |
| 49 | *Three Affiliated Tribes of the Fort Berthold Indian Reservation v. United States*<br>No. 06-cv-00904-LJB (ADR Judge Marian B. Horn) |
| 50 | *Tohono O'odham Nation v. United States*<br>No. 06-cv-00944-EGB |
| 51 | *Tonkawa Tribe of Indians of Oklahoma v. United States*<br>No. 06-cv-00938-BAF (ADR Judge Marian B. Horn) |
| 52 | *United Keetoowah Band of Cherokee Indians in Oklahoma v. United States*<br>No. 06-cv-00936-TCW |
| 53 | *Ute Indian Tribe of the Uintah and Ouray Reservation v. United States*<br>No. 06-cv-00866-MCW |
| 54 | *Winnebago Tribe of Nebraska v. United States*<br>No. 06-cv-00913-MMS |

| No. | Names and Docket Numbers of Cases Filed In United States Court of Federal Claims |
|---|---|
| 55 | *Wyandot Nation of Kansas v. United States* <br> No. 06-cv-00919-LMB (ADR Judge Marian B. Horn) |
| 56 | *Yankton Sioux Tribe v. United States* <br> No. 05-cv-1291-LB |
| 57 | *Yomba Shoshone Tribe v. United States* <br> No. 06-cv-00896-EJD |