IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE COEUR D'ALENE TRIBE,

        Plaintiff,

v.                                          Case No. 1:06-CV-02242 (JR)

DIRK KEMPTHORNE,
SECRETARY OF THE
INTERIOR, *et al*.

        Defendants.
_____

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of E. Kenneth Stegeby as additional counsel for Defendants in this case.

Service of all papers on Mr. Stegeby by regular United States mail should be made to the following mailing address:

    United States Department of Justice
    Environment and Natural Resources Division
    Natural Resources Section
    P. O. Box 663
    Washington, D.C. 20044-0663

All hand or overnight deliveries to Mr. Stegeby should be made to the following street address:

    United States Department of Justice
    Environment and Natural Resources Division
    Natural Resources Section
    601 D Street, N.W., Room 3110
    Washington, D.C. 20004

Service of all further pleadings, documents or other papers herein, exclusive of original

process, should continue to be made upon Anthony P. Hoang and Martin J. LaLonde, co-counsel for the defendants.

Respectfully submitted this 11th day of June, 2007.

                RONALD J. TENPAS
                Assistant Attorney General

                /s/ E. Kenneth Stegeby
                ANTHONY HOANG
                MARTIN J. LALONDE
                E. KENNETH STEGEBY
                United States Department of Justice
                Environment and Natural Resources Division
                P. O. Box 663
                Washington, D.C. 20044-0663
                Phone: 202-205-0241/0247
                Fax: 202-353-2021
                Email: Anthony.Hoang@usdoj.gov
                        Martin.LaLonde@usdoj.gov
                        Kenneth.Stegeby@usdoj.gov

                Attorney of Record for Defendant

OF COUNSEL:

Thomas R. Bartman
Elisabeth C. Brandon
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

Rachel Howard
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20240