IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE COEUR D'ALENE TRIBE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, )<br> Secretary of the Interior, *et al.*, )<br>)<br>Defendants. )<br>_____) | Case No. 1:06-cv-02242-JR |

## **NOTICE OF APPEARANCE**

To the Clerk:

**PLEASE NOTE** that, pursuant to Local Civil Rule 83.6(a) of the Rules of the United States District Court for the District of Columbia, Jody H. Schwarz has entered an appearance as co-counsel for the Defendants in this matter. Electronic service by the Court is to be delivered to Jody.Schwarz@usdoj.gov, as previously registered in the Electronic Case Filing (ECF) system. Service of any papers and correspondence by U.S. Mail should be addressed as follows:

> Jody H. Schwarz
> Environment & Natural Resources Division
> Department of Justice
> P.O. Box 663
> Washington, DC 20044-0663

All hand deliveries and Express deliveries (Federal Express, etc.) should be a addressed to:

> Jody H. Schwarz
> Environment and Natural Resources Division
> Department of Justice
> 601 D Street, NW
> Room 3114
> Washington, DC 20004

Dated: July 15, 2008.

        Respectfully submitted,

        RONALD J. TENPASS
        Assistant Attorney General
        Environment & Natural Resources Division

By: /s/ *Jody H. Schwarz*
        JODY H. SCHWARZ DC Bar # 493998
        Trial Attorney
        Natural Resources Section
        Environment & Natural Resources Division
        U.S. Department of Justice
        P.O. Box 663
        Washington, DC 20044-0663
        Telephone: (202) 305-0468
        Fax:       (202) 305-0506

        ANTHONY P. HOANG, FL Bar #798193
        E. KENNETH STEGEBY, DC Bar #474127
        Natural Resources Section
        United States Department of Justice
        Environment and Natural Resources Division
        P. O. Box 663
        Washington, DC 20044-0663
        Tel: (202) 305-0241
        Tel: (202) 616-4119
        Fax: (202) 353-2021

        Attorneys for Defendant

        OF COUNSEL:

        MICHAEL BIANCO
        Office of the Solicitor
        United States Department of the Interior
        Washington, DC 20240

        THOMAS KEARNS
        Office of Chief Counsel
        Financial Management Service
        United States Department of the Treasury
        Washington, DC 20227

**CERTIFICATE OF SERVICE**

I, Jody H. Schwarz, hereby certify that on this 15th day of July 2008, I caused a copy of the foregoing **Entry of Appearance** to be served upon the following attorneys of record for plaintiff by electronically filing said document with the Clerk of the District Court using its ECF system, which electronically notifies them of the service of said documents and provides them with true and correct copies thereof.

ALLEN V. FARBER
BRIAN L. GUNN
Drinker, Biddle & Reath, LLP
1301 K Street, N.W.
Suite 900, East Tower
Washington, D.C.  20005-3317

ERIC R. VAN ORDEN
Office of Legal Counsel
The Coeur d'Alene Tribe
850 A Street
Plummer, ID 83851

                    By    /s/ *Jody H. Schwarz*
                           Jody H. Schwarz